UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN SOCIOLOGICAL ASSOCIATION; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS; AMERICAN-ARAB ANTI-DISCRIMINATION COMMITTEE; BOSTON COALITION FOR PALESTINIAN RIGHTS,<br><br>Plaintiffs,<br><br>v.<br><br>HILLARY RODHAM CLINTON, in her official capacity as Secretary of State,<br><br>Defendant. | Case No. 07-11796 (GAO) |

## JOINT STIPULATION TO HOLD CASE IN ABEYANCE FOR 60 DAYS

The parties agree, after consultation and discussion, to hold this matter in abeyance for 60 days. The parties agree that all deadlines in the discovery plan filed by the parties and approved by the Court on July 1, 2009, as well as the deadlines for outstanding discovery propounded by the parties, shall be extended by 60 days, and the parties seek the Court's approval of this extension and abeyance.

Dated: July 20, 2009

Respectfully submitted by the parties,

/s/ Melissa Goodman
MELISSA GOODMAN (Admitted *Pro Hac Vice*)
JAMEEL JAFFER (Admitted *Pro Hac Vice*)
LAURENCE M. SCHWARTZTOL
(Admitted *Pro Hac Vice*)
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004-2400
(212) 549-2622

JUDY RABINOVITZ (Admitted *Pro Hac Vice*)
American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004-2400

MICHAEL J. SULLIVAN
United States Attorney

MARK T. QUINLIVAN
Assistant United States Attorney

TONY WEST
Assistant Attorney General

DAVID J. KLINE
Director, Office of Immigration Litigation

VICTOR M. LAWRENCE
Principal Assistant Director

| | |
|---|---|
| SARAH R. WUNSCH (BBO # 548767)<br>JOHN REINSTEIN (BBO # 416120)<br>ACLU of Massachusetts<br>211 Congress Street, 3rd Floor<br>Boston, MA 02110<br><br>Counsel for Plaintiffs | /s/ Christopher W. Hollis<br>CHRISTOPHER W. HOLLIS<br>Trial Attorney, Office of Immigration<br>  Litigation – District Court Section<br>U.S. Department of Justice<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>(202) 305-0899; 616-8962 (FAX)<br>christopher.hollis@usdoj.gov<br><br>Counsel for Defendant |

## ORDER

Pursuant to the Joint Stipulation to Hold Case in Abeyance for 60 Days, this matter is hereby placed in abeyance and all discovery deadlines outlined in the parties' discovery plan approved by the Court on July 1, 2009, as well as the deadlines for outstanding discovery propounded by the parties, shall be extended by 60 days.

Signed this ____ day of _____ 2009

_____
GEORGE A. O'TOOLE, JR.
United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Joint Stipulation to Hold Case in Abeyance for 60 Days and proposed Order was served on this 20th day of July 2009 via electronic filing system to the following counsel:

>MELISSA GOODMAN
>JAMEEL JAFFER
>LAURENCE M. SCHWARTZTOL
>SARAH R. WUNSCH

and by first class mail to counsel below:

>JUDY RABINOVITZ
>American Civil Liberties Union
>125 Broad Street, 18th Floor
>New York, NY 10004

By: /s/ Christopher W. Hollis
CHRISTOPHER W. HOLLIS
U.S. DEPARTMENT OF JUSTICE