UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN SOCIOLOGICAL ASSOCIATION; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS; AMERICAN-ARAB ANTI-DISCRIMINATION COMMITTEE; BOSTON COALITION FOR PALESTINIAN RIGHTS,<br><br>    Plaintiffs,<br><br>    v.<br><br>HILLARY RODHAM CLINTON, in her official capacity as Secretary of State,<br><br>    Defendant. | Case No. 07-11796 (GAO) |

**JOINT STIPULATION TO HOLD CASE IN ABEYANCE
FOR AN ADDITIONAL 45 DAYS**

The parties agree, after consultation and discussion, to hold this matter in abeyance for an additional 45 days. The 45-day abeyance period requested herein is in addition to the 60-day abeyance period previously requested on July 20, 2009, which is set to expire on September 18, 2009. The parties agree that all deadlines in the discovery plan filed by the parties and approved by the Court on July 1, 2009, as well as the deadlines for outstanding discovery propounded by the parties, shall be extended by an additional 45 days, and the parties seek the Court's approval of this extension and abeyance.

Dated: September 16, 2009                                                    Respectfully submitted by the parties,


 /s/ *Melissa Goodman*
MELISSA GOODMAN (Admitted *Pro Hac Vice*)          MICHAEL J. SULLIVAN
JAMEEL JAFFER (Admitted *Pro Hac Vice*)               United States Attorney
LAURENCE M. SCHWARTZTOL
(Admitted *Pro Hac Vice*)                                       MARK T. QUINLIVAN
American Civil Liberties Union Foundation             Assistant United States Attorney
125 Broad Street, 18th Floor
New York, NY 10004-2400                                    TONY WEST
(212) 549-2622                                                      Assistant Attorney General

JUDY RABINOVITZ (Admitted *Pro Hac Vice*)
American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004-2400

SARAH R. WUNSCH (BBO # 548767)
JOHN REINSTEIN (BBO # 416120)
ACLU of Massachusetts
211 Congress Street, 3rd Floor
Boston, MA 02110

Counsel for Plaintiffs

DAVID J. KLINE
Director, Office of Immigration Litigation

VICTOR M. LAWRENCE
Principal Assistant Director

/s/ *Christopher W. Hollis*
CHRISTOPHER W. HOLLIS
Trial Attorney, Office of Immigration
  Litigation – District Court Section
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 305-0899; 616-8962 (FAX)
christopher.hollis@usdoj.gov

Counsel for Defendant

## ORDER

Pursuant to the Joint Stipulation to Hold Case in Abeyance for an Additional 45 Days, the discovery deadlines outlined in the parties' discovery plan approved by the Court on July 1, 2009, as well as the deadlines for outstanding discovery propounded by the parties, shall be extended by an additional 45 days. Abeyance in this case is extended from September 18, 2009, to November 2, 2009.

Signed this ____ day of _____ 2009

_____
GEORGE A. O'TOOLE, JR.
United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Joint Stipulation to Hold Case in Abeyance for an Additional 45 Days and proposed Order was served on this 16th day of September 2009 via electronic filing system to the following counsel:

>MELISSA GOODMAN
>JAMEEL JAFFER
>LAURENCE M. SCHWARTZTOL
>SARAH R. WUNSCH

and by first class mail to counsel below:

>JUDY RABINOVITZ
>American Civil Liberties Union
>125 Broad Street, 18th Floor
>New York, NY 10004

By:   /s/ Christopher W. Hollis
      CHRISTOPHER W. HOLLIS
      U.S. DEPARTMENT OF JUSTICE