UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN SOCIOLOGICAL ASSOCIATION; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS; AMERICAN-ARAB ANTI-DISCRIMINATION COMMITTEE; BOSTON COALITION FOR PALESTINIAN RIGHTS, <br><br> Plaintiffs, <br><br> v. <br><br> HILLARY RODHAM CLINTON, in her official capacity as Secretary of State, <br><br> Defendant. | Case No. 07-11796 (GAO) |

**FINAL JOINT STIPULATION TO HOLD CASE IN ABEYANCE**

The parties agree, after consultation and discussion, to hold this matter in abeyance until January 15, 2010. The final abeyance period requested herein follows 60, 45, and 30-day abeyance periods, the last of which is set to expire on December 2, 2009. The additional abeyance period will allow Defendant to complete its review relating to a possible exercise of discretionary authority relative to the facts underlying the denial of Mr. Habib's visa that is at issue in this proceeding.

The parties agree that all deadlines in the discovery plan filed by the parties and approved by the Court on July 1, 2009, as well as the deadlines for outstanding discovery propounded by the parties, shall be extended by an additional 44 days, and the parties seek the Court's approval of this extension and abeyance. The parties further agree that the abeyance period requested

herein shall be the parties' final request for abeyance of the matter for purposes of allowing

Defendant to complete its review.

Dated:  December 2, 2009                                                  Respectfully submitted by the parties,

 /s/  *Melissa Goodman*
MELISSA GOODMAN (Admitted *Pro Hac Vice*)   MICHAEL J. SULLIVAN
JAMEEL JAFFER (Admitted *Pro Hac Vice*)         United States Attorney
LAURENCE M. SCHWARTZTOL
(Admitted *Pro Hac Vice*)                                          MARK T. QUINLIVAN
American Civil Liberties Union Foundation         Assistant United States Attorney
125 Broad Street, 18th Floor
New York, NY 10004-2400                                       TONY WEST
(212) 549-2622                                                            Assistant Attorney General

JUDY RABINOVITZ (Admitted *Pro Hac Vice*)   DAVID J. KLINE
American Civil Liberties Union Foundation         Director, Office of Immigration Litigation
Immigrants' Rights Project
125 Broad Street, 18th Floor                                   VICTOR M. LAWRENCE
New York, NY 10004-2400                                     Principal Assistant Director

SARAH R. WUNSCH (BBO # 548767)                 /s/  *Christopher W.  Hollis*
JOHN REINSTEIN (BBO # 416120)                  CHRISTOPHER W. HOLLIS
ACLU of Massachusetts                                         Trial Attorney, Office of Immigration
211 Congress Street, 3rd Floor                                  Litigation – District Court Section
Boston, MA 02110                                                 U.S. Department of Justice
                                                                              P.O. Box 868, Ben Franklin Station
Counsel for Plaintiffs                                              Washington, D.C.  20044
                                                                              (202) 305-0899; 616-8962 (FAX)
                                                                              christopher.hollis@usdoj.gov

                                                                              Counsel for Defendant


## ORDER

Pursuant to the Final Joint Stipulation to Hold Case in Abeyance, the discovery deadlines outlined in the parties' discovery plan approved by the Court on July 1, 2009, as well as the deadlines for outstanding discovery propounded by the parties, shall be extended by an additional 44 days.  Abeyance in this case is extended from December 2, 2009, to January 15, 2010.

Signed this ____ day of _____ 2009                    _____
                                                                                      GEORGE A. O'TOOLE, JR.
                                                                                      United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Final Joint Stipulation to Hold Case in Abeyance and proposed Order were served on this 2nd day of December 2009 via electronic filing system to the following counsel:

>MELISSA GOODMAN
>JAMEEL JAFFER
>LAURENCE M. SCHWARTZTOL
>SARAH R. WUNSCH

and by first class mail to counsel below:

>JUDY RABINOVITZ
>American Civil Liberties Union
>125 Broad Street, 18th Floor
>New York, NY 10004

By:   /s/ *Christopher W. Hollis*
      CHRISTOPHER W. HOLLIS
      U.S. DEPARTMENT OF JUSTICE